IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHANDRA MAE LYONS                                                                                   PLAINTIFF

v.                                    Case No. 2:13-CV-02220

PROSECUTING ATTORNEY DANIEL SHUE;
PROSECUTING ATTORNEY ROBERT MCCLURE;
JUDGE FITZHUGH; DEPUTY HAMMON; JUDGE
TABOR; JUDGE COX; and DEPUTY COVEY                                                DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 4) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and failure to obey the rules of the Court.

Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of December, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE